| | |
|---|---|
| 1 | HAYES, MESSINA, GILMAN & HAYES, LLC |
| | Paul J. Hayes (Admitted *Pro Hac Vice*) |
| | phayes@hayesmessina.com |
| 2 | Steven E. Lipman (Admitted *Pro Hac Vice*) |
| | slipman@hayesmessina.com |
| 3 | 300 Brickstone Square, 9th Floor |
| | Andover, MA 01810 |
| 4 | Telephone: (978) 809-3850 |

Attorneys for Plaintiff,
ADAPTIX, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC. | Case No. 5:13-CV-01774-PSG |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS** |
| v. | |
| MOTOROLA MOBILITY LLC, *et al.*, | Judge: Paul S. Grewal |
| Defendants. | |
| ADAPTIX, INC. | Case No. 5:13-CV-1776-PSG |
| Plaintiff, | |
| v. | |
| APPLE INC., *et al.*, | |
| Defendants. | |
| ADAPTIX, INC. | Case No. 5:13-CV-1777-PSG |
| Plaintiff, | |
| v. | |
| APPLE INC., *et al.*, | |
| Defendants. | |

06045635    NOTICE OF CHANGE OF FIRM
AFFILIATION AND CHANGE OF ADDRESS

| | |
|---|---|
| ADAPTIX, INC.<br><br>     Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, *et al.*,<br><br>     Defendants. | Case No. 5:13-CV-1778-PSG |
| ADAPTIX, INC.<br><br>     Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS, *et al.*,<br><br>     Defendants. | Case No. 5:13-CV-1844-PSG |
| ADAPTIX, INC.<br><br>     Plaintiff,<br><br>v.<br><br>APPLE INC., *et al.*,<br><br>     Defendants. | Case No. 5:13-CV-2023-PSG |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, effective July 1, 2013, Paul Hayes and Steven Lipman are no longer affiliated with the law firm Hayes, Bostock & Cronin, LLC. All pleadings, notices, correspondence, and other documents for these attorneys should be addressed as follows:

> Paul J. Hayes
> phayes@hayesmessina.com
> Steven E. Lipman
> slipman@hayesmessina.com
> HAYES, MESSINA, GILMAN & HAYES, LLC
> 300 Brickstone Square, 9th Floor
> Andover, MA 01810
> Telephone: (978) 809-3850

NOTICE OF CHANGE OF FIRM AFFILIATION
AND CHANGE OF ADDRESS                    1

| | |
|---|---|
| Dated: July 23, 2013 | Respectfully submitted, |

By:_____/s/ Paul J. Hayes_____
Paul J. Hayes (*pro hac vice*)
phayes@hayesmessina.com
Steven E. Lipman (*pro hac vice*)
slipman@hayesmessina.com
**HAYES, MESSINA, GILMAN & HAYES, LLC**
300 Brickstone Square, 9th Floor
Andover, MA 01810
Tel: (978) 809-3850
Fax: (978) 809-3869

Christopher D. Banys
Richard C. Lin
Daniel M. Shafer
cdb@banyspc.com
rcl@banyspc.com
dms@banyspc.com
**BANYS, P.C.**
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone: (650) 308-8505
Facsimile: (650) 353-2202

**Attorneys for Plaintiff
ADAPTIX, INC.**

NOTICE OF CHANGE OF FIRM AFFILIATION
AND CHANGE OF ADDRESS                          2