Christopher A. Hughes (*pro hac vice*)
John T. Moehringer (*pro hac vice*)
Regina M. Lutz (*pro hac vice*)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Phone:  (212) 504-6000
Fax: (212) 504-6666
Christopher.Hughes@cwt.com
John.Moehringer@cwt.com
Regina.Lutz@cwt.com

*Attorneys for Defendants*
*AT&T Mobility LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. and AT&T MOBILITY LLC, <br><br> Defendants. | Case No. 5:13-cv-02023-PSG <br><br> **PROOF OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURE STATEMENT OF AT&T MOBILITY LLC** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant AT&T Mobility LLC ("AT&T Mobility") hereby notifies the Court that it has furnished all parties of record in the above-captioned case with its Initial Disclosures on July 30, 2013 via electronic mail.

- 1 -

DEFENDANT AT&T MOBILITY LLC'S PROOF OF SERVICE OF RULE 26(A)(1) INITIAL DISCLOSURES
CASE NO. 5:13-CV-02023-PSG

Dated: July 30, 2013

Respectfully submitted,

By: /s/ Christopher A. Hughes

Christopher A. Hughes (*pro hac vice*)
John T. Moehringer (*pro hac vice*)
Regina M. Lutz (*pro hac vice*)
Cadwalader, Wickersham & Taft LLP
1 World Financial Center
New York, New York 10281
(212) 504-6000
(212) 504-6666
chris.hughes@cwt.com
john.moehringer@cwt.com
regina.lutz@cwt.com

*Attorneys for Defendant
AT&T Mobility LLC*

DEFENDANT AT&T MOBILITY LLC'S PROOF OF SERVICE OF RULE 26(A)(1) INITIAL DISCLOSURES
CASE NO. 5:13-CV-02023-PSG