1  Mark D. Selwyn (SBN 244180)
   mark.selwyn@wilmerhale.com
2  Craig E. Davis (SBN 221356)
   craig.davis@wilmerhale.com
3  WILMER CUTLER PICKERING
      HALE AND DORR LLP
4  950 Page Mill Road
   Palo Alto, CA  94304
5  Telephone:  (650) 858-6000
   Facsimile:   (650) 858-6100
6
   Jonathan L. Hardt (admitted *pro hac vice*)
7  jonathan.hardt@wilmerhale.com
   WILMER CUTLER PICKERING
8     HALE AND DORR LLP
   1875 Pennsylvania Avenue N.W.
9  Washington D.C.  20006
   Telephone:  (202) 663-6000
10 Facsimile:   (202) 663-6363

11 *Attorneys for Defendant and Counterclaim-Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, INC., | Case No. 5:13-cv-02023-PSG |
| Plaintiff, | **NOTICE OF APPEARANCE BY CRAIG E. DAVIS** |
| v. | |
| APPLE, INC., AT&T, INC., and AT&T MOBILITY LLC, | |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Craig E. Davis of the law firm Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance as additional counsel of record for Defendant and Counterclaim-Plaintiff Apple Inc. in the above-captioned matter, and requests that all papers filed, served, or noticed in this matter be served upon him at:

>   Craig E. Davis
>   Wilmer Cutler Pickering Hale and Dorr LLP
>   950 Page Mill Road
>   Palo Alto, California  94304
>   Telephone:  (650) 858-6000
>   Facsimile:  (650) 858-6100
>   craig.davis@wilmerhale.com

Dated:  July 31, 2013

Respectfully submitted,

 */s/ Craig E. Davis*
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
Craig E. Davis (SBN 221356)
craig.davis@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Jonathan L. Hardt (admitted *pro hac vice*)
jonathan.hardt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington D.C.  20006
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363

*Attorneys for Defendant and
Counterclaim-Plaintiff Apple Inc.*