Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
Craig E. Davis (SBN 221356)
craig.davis@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Jonathan L. Hardt (admitted *pro hac vice*)
jonathan.hardt@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington D.C.  20006
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., AT&T, INC., and AT&T MOBILITY LLC, <br><br> Defendants. | Case No.  5:13-cv-02023-PSG <br><br> **MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE** |

Defendants Apple Inc. and AT&T Mobility LLC understand that, in response to their request, the Court has scheduled a teleconference on August 21, 2013 to address an outstanding dispute regarding a discovery matter.[1]  Counsel for Apple will initiate the call.  Apple is filing herewith its letter brief pursuant to the Court's Order Regarding Procedure for Resolution of Disputes Concerning

---

[1] Apple did not receive notice of this hearing date until Adaptix's counsel contacted Apple's counsel by phone at approximately 4:40 p.m. Pacific yesterday.  AT&T did not receive notice until being contacted by Apple's counsel immediately after receiving the call from Adaptix's counsel.  At present, Apple and AT&T have been unable to confirm the hearing date and time with the Court.

Discovery and Other Non-Dispositive Issues (Dkt. No. 88).

Dated: August 16, 2013                    Respectfully submitted:

*/s/ Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
Craig E. Davis (SBN 221356)
craig.davis@wilmerhale.com
WILMER CUTLER PICKERING HALE
  AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Jonathan L. Hardt (admitted *pro hac vice*)
jonathan.hardt@wilmerhale.com
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

**Attorneys for Defendant**
**Apple Inc.**


*/s/ Christopher A. Hughes*
Christopher A. Hughes (admitted *pro hac vice*)
Christopher.Hughes@cwt.com
John T. Moehringer (admitted *pro hac vice*)
John.Moehringer@cwt.com
Regina M. Lutz (admitted *pro hac vice*)
Regina.Lutz@cwt.com
CADWALADER WICKERSHAM & TAFT L.L.P.
1 World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

**Attorneys for Defendant**
**AT&T Mobility LLC**