# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: August 22, 2013                                              Time in Court: 52 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Irene Rodriguez

---

**TITLE: Adaptix, Inc. v. AT&T, Inc. et al.**
**CASE NUMBER**: CV13-01778 PSG
**TITLE: Adaptix, Inc. v. Apple, Inc. et al.**
**CASE NUMBER: CV13-02023 PSG**
Plaintiff Attorney(s) present: Chris Banys.  Also present (*telephonically*): Jonathan DeBlois, Steven Lipman and Michael Ercolini
Defendant Attorney(s) present: Mark Selwyn and Sarita Venkat.
Also present (*telephonically*): Christopher Hughes, David Clonts, Michael Reeder, Jonathan Hardt, Fred Williams and Craig Davis

---

### PROCEEDINGS:
**CV13-01778 PSG–Adaptix, Inc.'s Motion for Leave to Amend Preliminary Infringement Contentions (Doc. 123)**
**CV13-02023 PSG–Apple, Inc. And AT&T's Motion to Strike Infringement Contentions served by Apple, Inc. (Doc. 93)**

Counsel present oral arguments.
The court takes matters under submission; written order after hearing to be issued.

///