1  Paul J. Hayes (*pro hac vice*)
2  Kevin Gannon (*pro hac vice*)
   Steven E. Lipman (*pro hac vice*)
3  HAYES MESSINA GILMAN & HAYES, LLC
   200 State Street, 6th Floor
4  Boston, MA 02109
   phayes@hayesmessina.com
5  kgannon@hayesmessina.com
   slipman@hayesmessina.com
6  Telephone: (978) 809-3850
7  Facsimile: (978) 443-1999

8  Attorneys for Plaintiff
   ADAPTIX, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc.,<br>        Plaintiff,<br>v.<br><br>MOTOROLA MOBILITY LLC, *et al.*,<br>        Defendants. | Case No.  5:13-cv-01774-PSG<br><br>**DECLARATION OF KEVIN GANNON IN SUPPORT OF PLAINTIFF'S REPLY CLAIM CONSTRUCTION BRIEF** |
| ADAPTIX, Inc.,<br>        Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>        Defendants. | Case No.  5:13-cv-01776-PSG |
| ADAPTIX, Inc.,<br>        Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>        Defendants. | Case No.  5:13-cv-01777-PSG |
| ADAPTIX, Inc.,<br>        Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC, *et al.*,<br>        Defendants. | Case No.  5:13-cv-01778-PSG |

| | |
|---|---|
| ADAPTIX, Inc.,<br>　　　　Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP *d/b/a*<br>VERIZON WIRELESS, *et al.*,<br>　　　　Defendants. | Case No.  5:13-cv-01844-PSG |
| ADAPTIX, Inc.,<br>　　　　Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>　　　　Defendants. | Case No.  5:13-cv-02023-PSG |

## DECLARATION OF KEVIN GANNON IN SUPPORT OF PLAINTIFF'S REPLY CLAIM CONSTRUCTION BRIEF

I, Kevin Gannon, declare as follows:

1. I am a partner in the law firm of Hayes Messina Gilman & Hayes, LLC ("HMGH"), attorneys for plaintiff Adaptix, Inc. ("Adaptix") in the above styled actions.
2. I submit this declaration in support of Plaintiff's Reply Claim Construction Brief.  I am competent to testify to the matters stated in this declaration and each of the facts is true and correct to the best of my knowledge.
3. Attached hereto as Exhibit 1 is a true and correct copy of the English translation of German Patent No. DE 19800953 issued in the name of G. Ritter, translated for the USPTO by Schreiber Translations, Inc.

I declare under the pains and penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 25th day of November, 2013 at Boston, Massachusetts.

　　　　　　　　　　　　　　　　　　　　　　/s/  *Kevin Gannon*