MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
CRAIG E. DAVIS (SBN 221356)
craig.davis@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

JONATHAN L. HARDT (admitted *pro hac vice*)
jonathan.hardt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant and
Counterclaim-Plaintiff Apple Inc.*

GRANTED
[signature]
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc.,<br>         Plaintiff,<br>v.<br>APPLE INC., *et al.*,<br>         Defendants. | Case No. 5:13-cv-01776-PSG |
| ADAPTIX, Inc.,<br>         Plaintiff,<br>v.<br>APPLE INC., *et al.*,<br>         Defendants. | Case No. 5:13-cv-01777-PSG |
| ADAPTIX, Inc.,<br>         Plaintiff,<br>v.<br>APPLE INC., *et al.*,<br>         Defendants. | Case No. 5:13-cv-02023-PSG |

**DEFENDANT APPLE INC.'S MOTION FOR TELECONFERENCE
TO RESOLVE DISCOVERY DISPUTE**

Defendant Apple Inc. ("Apple") respectfully moves this Court to schedule a teleconference to address an outstanding dispute regarding the production of email by Plaintiff Adaptix, Inc. ("Adaptix"). As a result of a previous teleconference with Chambers conducted in accordance with the Court's August 14, 2013 Order Regarding Procedure for Resolution of Disputes Concerning Discovery and Other Non-Dispositive Issues (the "August 14 Order"), Apple has been informed that the Court is available to hear this dispute by teleconference on Friday, May 9, 2014 at 5:00 p.m. Pacific. The parties will make arrangements with CourtCall to dial in at that time. The parties will provide their submissions and present their respective positions consistent with the procedures set forth in the Court's August 14 Order.

Dated: April 30, 2014

Respectfully submitted,

 /s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
Craig E. Davis (SBN 221356)
craig.davis@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Jonathan L. Hardt (admitted *pro hac vice*)
jonathan.hardt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant and
Counterclaim-Plaintiff Apple Inc.*